DAVID B. ROSEN (7152-0)
PITE DUNCAN, LLP
810 Richards Street, Suite 880
Honolulu, HI 96813
Ph.: (808) 523-9393
Fax: (808) 523-9595
E-mail: RosenLaw@hawaii.rr.com

DAVID E. McALLISTER (Attorney ID No. 7660)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17935
San Diego, CA 92117-0935
Telephone: (619) 590-1300
Facsimile: (619) 590-1385
Email: dmcallister@piteduncan.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 31 2011

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

Attorneys for Defendant CAL-WESTERN RECONVEYANCE CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PAUL DENNIS KALAMA,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, individually and as Trustee fka THE CHASE MANHATTAN BANK as Trustee; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-30,<br><br>Defendants. | CIVIL NO. CV10-00278-JMS-KSC<br><br>**DECLARATION OF DAVID B. ROSEN IN SUPPORT OF MOTION; EXHIBITS A-F** |

## DECLARATION OF DAVID B. ROSEN IN SUPPORT OF MOTION

I, David B. Rosen, declare as follows:

1. I am an attorney for Defendant CAL-WESTERN RECONVEYANCE CORPORATION ("Cal-Western") in this action. I have personal knowledge of, and am competent to testify to, the matters set forth below.

2. I make this declaration in support of Cal-Western's Motion for Summary Judgment based upon my personal knowledge unless otherwise stated.

3. On February 3, 2011, I caused Defendant CAL-WESTERN RECONVEYANCE CORPORATION's First Request for Production of Documents ("Plaintiff's Request for Production of Documents") to be served upon Plaintiff PAUL DENNIS KALAMA's ("Plaintiff") attorney in the instant action. A true and correct copy of Plaintiff's Request for Production of Documents is attached hereto as **Exhibit A**.

4. On March 31, 2011, I attended and participated in the deposition of Plaintiff PAUL DENNIS KALAMA ("Kalama's Deposition"). A true and correct copy of relevant excerpts from the transcript of Kalama's Deposition are attached hereto as **Exhibit B**.

5. On May 26, 2011, I attended and participated in the deposition of Plaintiff PAUL DENNIS KALAMA's cousin, Dustin Dawson ("Mr. Dawson's

Deposition"). A true and correct copy of relevant excerpts from the transcript of Mr. Dawson's Deposition are attached hereto as **Exhibit C**.

6. On June 3, 2011, I attended and participated in the deposition of Chelsey Dawson ("Mrs. Dawson's Deposition"). A true and correct copy of relevant excerpts of the transcript of Mrs. Dawson's Deposition are attached hereto as **Exhibit D**.

7. Attached hereto as **Exhibit E** is a true and correct electronic copy of the Declaration of Lorrie Womack in Support of Motion for Summary Judgment.

8. Attached hereto as **Exhibit F** is a true and correct electronic copy of the Declaration of Jillian A. Benbow in Support of Motion for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America and the State of Hawaii that the foregoing is true and correct.

Executed this 31st day of August, 2011 at Honolulu, Hawaii.

_____
DAVID B. ROSEN
Attorney for Defendant
CAL-WESTERNRECONVEYANCE
CORPORATION