# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV10-00278JMS-KSC |
| CASE NAME: | Paul Dennis Kalama v. JP Morgan Chase Bank, individually and as Trustee formerly known as The Chase Manhattan Bank, et al. |
| ATTYS FOR PLA: | Gary Dubin, by phone |
| ATTYS FOR DEFT: | Blaine Rogers, by phone<br>David Rosen, by phone |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5<br>**(UNDER SEAL)** |
| DATE: | 1/6/2012 | TIME: | 10:32-10:40am |

COURT ACTION:  EP: Settlement on the Record.  Case settled.  Terms stated **UNDER SEAL except for disclosure of terms of the settlement to respective parties/relatives/tax preparers/accountants and so forth and in connection with the application to the First Circuit Court**.

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 2/6/12.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

The following dates are hereby vacated:
1/17/12, 10:45am, Further Settlement Conference, Judge Chang
1/31/12, 9:00am, Jury Trial, Judge Seabright

Submitted by: Shari Afuso, Courtroom Manager