Of Counsel:
ALSTON HUNT FLOYD & ING
Attorneys at Law
A Law Corporation

| | |
|---|---|
| LOUISE K. Y. ING | 2394 |
| J. BLAINE ROGERS | 8606 |

1001 Bishop Street, Suite 1800
Honolulu, Hawai`i  96813
Telephone: (808) 524-1800
Facsimile:  (808) 524-4591
E-mail:  ling@ahfi.com
         brogers@ahfi.com

Attorneys for Defendant
JP MORGAN CHASE BANK, Individually
and as Trustee fka THE CHASE
MANHATTAN BANK as Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| PAUL DENNIS KALAMA,<br><br>      Plaintiff,<br><br>  vs.<br><br>JP MORGAN CHASE BANK, Individually and as Trustee fka THE CHASE MANHATTAN BANK as Trustee; CAL-WESTERN RECONVEYANCE CORPORATION; and DOES 1-30,<br><br>      Defendants. | CIV. NO. 10-00278 JMS-KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES** |

811545v1 / 8165-16

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, by and between Plaintiff PAUL DENNIS KALAMA ("Plaintiff") and Defendants JP MORGAN CHASE BANK, Individually and as Trustee fka THE CHASE MANHATTAN BANK as Trustee ("JP Morgan") and CAL-WESTERN RECONVEYANCE CORPORATION ("Cal-Western") (collectively, "Defendants"), through their undersigned counsel, that all claims that were brought or could have been brought by Plaintiff in this lawsuit against Defendants are hereby dismissed **with prejudice**.

1. This stipulation does not act as an admission of any facts or liability.

2. Each party shall bear his/her/its own costs and attorneys' fees with relation to the dismissed claims.

3. All parties who have appeared and remain in this action have signed this stipulation.

**[signatures on next page]**

/

/

DATED: Honolulu, Hawai`i, February 28, 2012.

/s/ J. Blaine Rogers
LOUISE K. Y. ING
J. BLAINE ROGERS
Attorneys for Defendant
JP MORGAN CHASE BANK,
Individually and as Trustee fka THE
CHASE MANHATTAN BANK as Trustee

/s/ Gary Victor Dubin
GARY VICTOR DUBIN
FREDERICK J. ARENSMEYER
Attorneys for Plaintiff
PAUL DENNIS KALAMA

/s/ David B. Rosen
DAVID E. McALLISTER
DAVID B. ROSEN
Attorneys for Defendant
CAL-WESTERN RECONVEYANCE
CORPORATION

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, March 1, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Kalama vs. JP Morgan Chase Bank, et al.*; Civ. No. 10-00278 JMS-KSC; Stipulation For Dismissal With Prejudice Of All Claims And All Parties